IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No. 1:05CV00061 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| $157,423.97 IN U.S. CURRENCY, | : | |
| REPRESENTING THE PROCEEDS OF | : | |
| UBS FINANCIAL SERVICES ACCOUNT | : | |
| NUMBER 30813, IN THE NAME OF | : | |
| DICKIE CHAVIS NEWMAN, | : | |
| Defendant. | : | |

## DECREE AND JUDGMENT OF FORFEITURE

On January 19, 2005, a Verified Complaint of Forfeiture against the defendant property was filed on behalf of the plaintiff, United States of America.

It appearing that process was fully issued in this action and returned according to law:

That pursuant to a Warrant for Arrest issued by this Court on January 24, 2005, the Department of Treasury served the defendant property on February 17, 2005;

Notice of said forfeiture action and arrest was published on February 24, March 3, and March 10, 2005, in the News & Record, a newspaper published in Greensboro, Guilford County, North Carolina;

On April 27, 2005, Jan Elliott Pritchett, Attorney for Dickie C. Newman, accepted service of the Verified Complaint of Forfeiture, Warrant for Arrest, and Legal Notice;

On August 2, 2005, Dickie Chavis Newman and all other persons and entities having an interest in the defendant property were defaulted for failure to file a claim or answer or otherwise defend as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

NOW, THEREFORE, on motion of the plaintiff, United States of America, for a Decree and Judgment of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that pursuant to Rule 54, Federal Rules of Civil Procedure, the defendant property shall be forfeited to the United States of America, and no right, title or interest in the property shall exist in any other party.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward three (3) certified copies of this Order to the United States Attorney's Office, Middle District of North Carolina, Attention: Assistant U.S. Attorney Lynne P. Klauer.

This the 18th day of August 2005.

_____
United States District Judge

2